COURT OF APPEALS

                                      SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-445-CR

 

THE STATE OF TEXAS                                                                STATE

 

                                                   V.

DAVON D.
CRENSHAW                                                           APPELLEE

                                               ----------

        FROM CRIMINAL DISTRICT COURT NO. 3 OF
TARRANT COUNTY

 

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have
considered AState=s Motion
To Dismiss Appeal.@ 
The motion complies with rule 42.2(a) of the rules of appellate
procedure.  Tex. R. App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See Tex. R. App. P.
43.2(f).

PER
CURIAM

 

PANEL: 
GARDNER, WALKER, and MCCOY, JJ.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: February 26, 2009











[1]See Tex. R. App. P. 47.4.